### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

STEPHEN SHADE,

       Plaintiff.

v.                                      CIV 14-00530 KG/LAM

JARED FRAZIER AND
TERRY STEPHENSON,
In their Individual Capacities,

       Defendants.

### ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court being fully advised in the premises, FINDS that good cause exists for the entry of an order dismissing this action based upon the agreement of the parties.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:

This cause is dismissed against all Defendants with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

CITY OF ALBUQUERQUE
David Tourek, City Attorney

/s/ Stephanie M. Griffin
Stephanie M. Griffin
Assistant City Attorney
P. O. Box 2248
Albuquerque, New Mexico 87l03
(505) 768-4500

*Attorney for Defendant Stephenson*


AGREED TO BY:



Approved on August 15, 2014
Kari T. Morrissey, Esq.
2501 Rio Grande Blvd. NW, Suite B
Albuquerque, New Mexico 87104
(505) 244-0950

*Attorney for Plaintiff*